UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Lois H. Goodman |
| v. | : | Mag. No. 14-4518 |
| CLARA CRAWLEY | : | <u>ORDER FOR DISMISSAL</u> |

Under Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, Paul J. Fishman, the United States Attorney for the District of New Jersey, hereby dismisses Complaint No. 14-4518 against defendant Clara Crawley only, which Complaint was filed on October 15, 2014, charging her with one count of conspiracy to distribute and possess with intent to distribute 1 kilogram or more of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, contrary to Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A), in violation of Title 21, United States Code, Section 846, because further prosecution of this charge is not in the interests of the United States at this time.

This dismissal is without prejudice.

*Paul J. Fishman*
PAUL J. FISHMAN
United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

_____
HONORABLE LOIS H. GOODMAN
United States Magistrate Judge

Date: October 17, 2014.